**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alicedes Morejon CORCHO,**
**Defendant–Appellant.**

**No. 02–6747.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 20, 2002.

Alicedes Morejon Corcho, Appellant Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Alicedes Morejon Corcho seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000).

We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Corcho,* Nos. CR–96–199; CA–01–339–2–CV (S.D.W.Va. Mar. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*